**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 2, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

_____

In re:  RICHARD P. LIEBOWITZ  |  No. 21-800

_____

**ORDER**

_____

This matter is before the court following expiration of the time period within which attorney Richard P. Liebowitz was allowed to respond to the court's disciplinary show cause order, issued as a result of his suspension on an interim basis from the practice of law in the United States District Court for the Southern District of New York. The court concludes that Mr. Liebowitz should be and is suspended from appearing before this court for a period of time coterminous with the suspension ordered by the Southern District of New York.

Mr. Liebowitz's name shall be stricken from this court's attorney admission roster. Readmission to practice in this court is conditioned upon the filing of an application that (1) demonstrates good cause why Mr. Liebowitz should be readmitted, (2) includes evidence showing that Mr. Liebowitz has been returned to good standing in the United States District Court for the Southern District of New York, and (3) otherwise complies with the applicable provisions of the court's Plan for Attorney Disciplinary Enforcement,

which can be found in Addendum III to the Tenth Circuit Rules.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Jane K. Castro
    Chief Deputy Clerk