FILED
United States Court of Appeals
Tenth Circuit

January 11, 2021

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

―――――――――――――――――――――

In re: RICHARD P. LIEBOWITZ               No. 21-800

―――――――――――――――――――――

**ORDER**

―――――――――――――――――――――

This court has been advised by order of the United States District Court for the Southern District of New York that attorney Richard P. Liebowitz has been suspended on an interim basis from the practice of law in that jurisdiction. Consequently, Richard P. Liebowitz may show cause in writing within 20 days of the date of this order why he should not be similarly suspended in this court. If a response is filed, it must include a declaration listing the other bars to which the attorney is admitted. Failure to file a response constitutes acquiescence in the imposition of reciprocal discipline by this court.

A copy of the court's Plan for Attorney Disciplinary Enforcement can be found at the court's website– www.ca10.uscourts.gov –by clicking on the Rules tab and selecting the FRAP and Local Rules. The Plan is Addendum III to the Tenth Circuit Rules.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk